IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALEXANDER HILTON RANDLES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. A. No. 23-200-KD-MU |
| UNITED STATES, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date, denying Plaintiff's Motion for Leave to Amend, it is ORDERED, ADJUDGED, and DECREED, that this action is dismissed with prejudice.

**DONE** this 30th day of January 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

3